"UNDER SEAL"

FILED
CHARLOTTE, NC

JUN 1 8 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:19-CR- |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | **MOTION TO SEAL THE INDICTMENT** |
| SAMPSON PEARSON | ) | |
| | ) | |

NOW COMES the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this ____ day of June, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_/s/ Wm. M. Miller_
WILLIAM M. ~~MURRAY~~ Miller
ASSISTANT UNITED STATES ATTORNEY