**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CR-169-MOC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SAMPSON PEARSON, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Unseal The Indictment" (Document No. 6) filed July 29, 2019, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, seeking an order directing that the Indictment in the above-captioned case be unsealed. Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Unseal The Indictment" (Document No. 6) is **GRANTED**, and the above captioned case is unsealed.

The Clerk is directed, if applicable, to certify copies of this Order to defense counsel, the U.S. Probation Office, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: July 30, 2019

David C. Keesler
United States Magistrate Judge