**"UNDER SEAL"**

RECEIVED
US MARSHALS SERVICE
2019 JUL -2 PM 12:30
WESTERN NORTH CAROLINA

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SAMPSON PEARSON<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:19-CR-169-MOC<br><br>FILED<br>CHARLOTTE, NC<br><br>AUG 13 2019<br><br>US DISTRICT COURT<br>WESTERN DISTRICT OF NC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ SAMPSON PEARSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

From in or about Sept. 2005 through in or about Nov. 2016, in Meck. Co., within the WDNC, and elsewhere, the defendant, did knowingly and intentionally devise the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises, and, for the purpose of exe. such scheme and artifice to defraud, did cause to be transmitted by means of wire comm. in interstate commerce writings, signals, and sounds, to wit, submitting fraudulent loan and distribution documentation via wires, communicating with victims via text message and email, and directing electronic transfers of funds. All in violation of Title 18, U.S. Code §1343

Date: 6/18/19

_Issuing officer's signature_

City and state: CHARLOTTE, NORTH CAROLINA

FRANK G. JOHNS, CLERK OF COURT
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 7/2/2019, and the person was arrested on _(date)_ 7/18/2019
at _(city and state)_ MANNING, SC

Date: 7/18/2019

_Arresting officer's signature_

BRIAN MONTANA, SDUSM
_Printed name and title_

Case 3:19-cr-00169-MOC-DCK *SEALED*  Document 4  Filed 06/18/19  Page 1 of 1
Case 3:19-cr-00169-MOC-DCK  Document 9  Filed 08/13/19  Page 1 of 1