UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CR169

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) **ORDER**<br>)<br>SAMPSON PEARSON, JR. )<br>) | |

**THIS MATTER** is before the Court on the United States' Motion for Restitution Order (Doc. 80). As set forth below, the motion is **GRANTED**, and restitution is ordered to the victims of Defendant's offense.

On September 22, 2021, Defendant was found guilty of one count of wire fraud in violation of 18 U.S.C. § 1343, four counts of aggravated identity theft in violation of 18 U.S.C. § 1028A, and four counts of filing false tax returns in violation of 26 U.S.C. § 7206(1). On March 23, 2023, the Court sentenced Defendant to 84 months' imprisonment. (Doc. 71). At that time, the Court held open the final determination of restitution for 90 days as authorized by 18 U.S.C. § 3664(d)(5). (Id.). On June 20, 2023, the Government filed the pending motion for restitution, to which Defendant has not objected.

The Court finds that the amounts set forth in the Presentence Report and the Government's motion for restitution are supported by a preponderance of the evidence and constitute a "final determination" for purposes of ordering restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

**IT IS THEREFORE ORDERED** that, based on the reasons set forth in the motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case (Doc.

No. 71) shall be amended to include a final restitution figure of $1,207,306.41 payable in the following amounts:

(1) $1,112,044.41 to Northwestern Mutual

(2) $95,262.00 to the Internal Revenue Service

**IT IS FURTHER ORDERED** that any payment that is not paid in full shall be divided proportionately among the victims named. The victims' recovery is limited to the amount of their loss and Defendant's liability for restitution ceases if and when the victims receive full restitution.

All other terms and conditions of the original Judgment remain unchanged.

The Clerk is directed to certify copies of this Order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshal Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

**SO ORDERED.**

Signed: July 14, 2023

Max O. Cogburn Jr
United States District Judge